**United States District Court**
NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Gainesville

MAR 0 4 2019

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

UNITED STATES OF AMERICA

v.

JASON GREEN

CRIMINAL COMPLAINT

Case Number: 2:19-MJ-006-JCF

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about February 23, 2019 in Pickens County, in the Northern District of Georgia, defendant(s) did, transmit in interstate commerce a communication by means of Facebook Messenger which contained threats to injure Pickens County Sheriff Donnie Craig and Tina Craig

in violation of Title 18, United States Code, Section(s) 875(c).

I further state that I am a(n) Special Agent with the FBI and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof. Yes

_____
Signature of Complainant
Thomas P. Smith

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

March 4, 2019                                at   Gainesville, Georgia
Date                                              City and State

J. CLAY FULLER
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer
AUSA William L. McKinnon, Jr.

_____
Signature of Judicial Officer

## Complaint Affidavit

I, THOMAS P. SMITH, being duly sworn, depose and state as follows:

### A. Agent Background & Experience

1. I am a Special Agent with the FBI and have been since 2004. I am authorized to conduct investigations and make arrests for offenses contained in Titles 18 and 21 of the United States Code.

2. As set forth herein, there is probable cause to believe that on or about Saturday, February 23, 2019, JASON GREEN transmitted in interstate commerce Facebook Messenger messages containing threats to injure the persons of Pickens County Sheriff Donnie Craig and his wife Tina Craig, in violation of Title 18, United States Code, Section 875(c).

### C. Sources of Information

3. I make this affidavit based upon: my training, experience, and personal knowledge of this investigation; and information I learned from discussions with Special Agents, Task Force Officers of the FBI, and other local law enforcement officers.

### D. Probable Cause Summary

4. On Saturday, February 23, 2019, beginning at approximately 9:33 pm, Pickens County Sheriff Donnie Craig received a series of Facebook Messages via the Facebook Messenger application from Facebook user Jason Green. Sheriff Craig was in the state of Georgia at the time. The message was sent to Sheriff Craig's personal Facebook account, which is personally monitored by Sheriff Craig and listed as username Donnie Craig. The message threads are listed below and are direct quotes:

1

Green: You're a worthless waste of life

Craig: That's not nice!

Green: Who ask u

Craig: If you are going to give your opinion about me, just thought you should know what I thought about it

Green: Fuck u

Craig: Why, what have I done to you?

Green: Bitch

Craig: Are you?

Green: No u are

Craig: Tell me what you really think

Green: Your a worthless use for a human hope someone shoots you that way pickens county can be done with u

Craig: Feel better?

Green: Watch your back

Craig: Is that a threat?

Green: What u gonna do about it

Craig: Just asking?

Green: Your not gonna do nothing

2

Green: Not a dAmn thing

Craig: Just trying to see what your issue is about?

Green: Die ass hole

Green: Die

Green: Die

Green: Ill get tina

Green: Watch me

5.  The last messages were received at approximately 10:31 p.m. on February 23, 2019. Tina is the wife of Sheriff Craig and is also an employee of the Pickens County Sheriff's Office.

6.  Sheriff Craig knows JASON GREEN to be a former resident of Pickens County. GREEN has family members who still reside in Pickens County to include his mother. After the threatening messages were received, GREEN'S mother was interviewed. She stated that her son is currently living in Tennessee. She also stated that GREEN receives disability checks at her residence and that he returns to Pickens County approximately every two weeks to pick up his checks.

7.  On or about February 27, 2019, Pickens County Sheriff's Office Captain April Killian sent a Facebook request from her undercover Facebook account to the Facebook account from which the threatening messages were received. GREEN accepted the request and sent her a picture of himself. The photograph that was received depicts the person known to Sheriff Craig as the JASON GREEN who is the former resident of Pickens County.

8. I know from my training and experience that Facebook Messenger is a facility in interstate commerce. Facebook does not maintain server(s) in Georgia, therefore, in order for a Facebook Messenger message to be transmitted and/or received in Georgia, it must cross state lines.